UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 07-419(1) (DWF/AJB) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Vong Voraveth a/k/a Conehead, | |
| Defendant. | |

Christian S. Wilton, Assistant United States Attorney, United States Attorney's Office, counsel for Plaintiff.

Earl P. Gray, Esq., counsel for Defendant.

This matter is before the Court upon Defendant Vong Voraveth's ("Defendant") objections to Magistrate Judge Arthur J. Boylan's Report and Recommendation dated July 1, 2008, recommending that Defendant's Motion to Suppress Evidence Obtained as a Result of Search and Seizure be denied and recommending that Defendant's Motion to Suppress Wiretaps be denied.

The Court has conducted a *de novo* review of the record, including a review of the arguments and submissions of counsel, pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 72.2(b). The factual background for the above-entitled matter is clearly and precisely set forth in the Report and Recommendation and is incorporated by reference for purposes of Defendant's objections.

Based upon the *de novo* review of the record and all of the arguments and submissions of the parties and the Court being otherwise duly advised in the premises, the Court hereby enters the following:

## ORDER

1. Defendant Vong Voraveth's objections (Doc. No. 183) to Magistrate Judge Arthur J. Boylan's Report and Recommendation dated July 1, 2008, are **DENIED**.

2. Magistrate Judge Arthur J. Boylan's Report and Recommendation dated July 1, 2008 (Doc. No. 177), as it relates to Defendant Vong Voraveth, is **ADOPTED**.

3. Defendant Vong Voraveth's Motion to Suppress Evidence Obtained as a Result of Search and Seizure (Doc. No. 75) is **DENIED**.

4. Defendant Vong Voraveth's Motion to Suppress Wiretaps (Doc. No. 77) is **DENIED**.


Dated:  September 15, 2008        s/Donovan W. Frank
                                  DONOVAN W. FRANK
                                  Judge of United States District Court